# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sean M. Trapper, et al., | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 10-CV-730 - A |
| v. | |
| Credit Control Services, Inc., et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Affilated Computer Services, Inc., motion to dismiss the complaint is granted.

This case is dismissed.


Date: February 21, 2013　　　　　　　　　　　　　　MICHAEL J. ROEMER,
　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　By: s/Denise Collier
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk